# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.1)
### Eastern Division

Bigfoot 4x4, Inc.

          Plaintiff,

v.

Case No.: 1:24−cv−02499

Honorable John J. Tharp Jr.

The Individuals, Corporations, Limited Liability Companies, Partnerships, and Unincorporated Associations Identified on Schedule A Hereto, et al.

          Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, December 17, 2024:

      MINUTE entry before the Honorable Gabriel A. Fuentes: Hearing held on plaintiff's contested motion to re−open discovery (doc. #[107]). Defense counsel for HH Life ("Defendant") did not appear and did not notify the Court that it would not appear, would have difficulty appearing, or needed to request a postponement. Plaintiff's counsel reported that instead, Defendant's counsel contacted plaintiff's counsel to state that defense counsel would be in China and would not be appearing, and also that defense counsel did not oppose the motion to reopen discovery. Accordingly, the Court granted as unopposed the motion to reopen discovery. The Court kindly reminds defense counsel that counsel's appearance at court−ordered hearings is mandatory (i.e., that having opposing counsel carry one's water at a court−ordered hearing is not how this Court does business), that "Schedule A" infringement cases are federal civil lawsuits and are as important as any other case, and that failing to appear at court−ordered proceedings without notice to the Court is discourteous, wasteful, and unprofessional. As it happened, the Court also wished to use today's hearing as an opportunity to obtain input from Defendant HH Life and plaintiff concerning the remaining discovery schedule (including the when and where of oral depositions), which was part and parcel of the motion to re−open. Oral motion by plaintiff to set fact discovery to close on 3/17/25 is granted as unopposed, for reasons stated on the record. The parties are ordered to begin discussing and planning, by their counsel, the scheduling of all discovery depositions so that such depositions and/or motion practice concerning them are completed in advance of the 3/17/25 cutoff, which is marked as final. Plaintiff makes an oral motion for leave to file a motion to compel concerning Defendant's Rule 33 and Rule 34 responses (and document production) on or before 1/6/25. That motion is granted as unopposed, given defense counsel's absence. A status hearing on discovery progress and settlement status is set for 9 a.m. on 3/13/25 in Courtroom 1342, in person at the Dirksen U.S. Courthouse. Mailed notice. (lxk, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.