UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| BIGFOOT 4X4, INC., <br><br> Plaintiff, <br> v. <br><br> THE INDIVIDUALS, CORPORATIONS, LIMITED LIABILITY COMPANIES, PARTNERSHIPS, AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE A HERETO <br><br> Defendants, | Case No. 24-cv-2499 <br><br> Judge: John J. Tharp, Jr |

**MOTION FOR LEAVE
TO WITHDRAW APPEARANCE OF COUNSEL**

**NOW COMES** the Movant, Huicheng Zhou ("Movant"), and respectfully moves this Honorable Court for leave to withdraw his previously filed appearance as counsel for Defendant H&H Life ("Defendant"), and in support thereof, states as follows:

1. Since commencing representation of the Defendant H&H Life, Movant has received payment for legal services only once, specifically for opposing the Plaintiff's Motion for Preliminary Injunction. No further compensation has been received for any subsequent representation.

2. Throughout the representation, Movant has acted in good faith and diligently pursued a settlement on behalf of H&H Life. However, given that H&H Life is a small, individually-owned Amazon storefront with extremely limited financial resources, the efforts to reach a settlement have ultimately proven unsuccessful.

-2-

3. Despite Movant's considerable sympathy for Defendant H&H Life and the desire to see them defend their rights in this matter, Movant is no longer able to continue representing H&H Life without compensation. This pro bono representation has begun to materially and adversely affect Movant's personal interests.

4. Movant asserts that the Plaintiff's rights will not be prejudiced by Movant's withdrawal. The Plaintiff has already obtained the Defendant's contact information through Expedited Discovery and may serve any documents on the Defendant via electronic means. Movant cannot foresee any harm that would befall the Plaintiff as a result of Movant's withdrawal.

5. Movant respectfully notes that on March 13, Movant conferred with Plaintiff's counsel, William B. Kalbac, regarding Movant's intention to withdraw. The Plaintiff has expressed opposition to Movant's withdrawal, which Movant believes to be unreasonable.

6. Movant sincerely apologizes for any prior absence but respectfully asks the Court to understand the practical difficulties that prevent Movant from continuing to represent H&H Life.

7. In compliance with Northern District of Illinois Local Rule 83.17, the Movant herewith submits the completed Notification of Party Contact Information as <u>Appendix</u>.

8. Good cause exists to grant this motion.

**WHEREFORE**, Defendant respectfully requests that the Court grant the relief sought in this Motion.

Respectfully submitted this 13th day of March 2025.

By: <u>/s/ Huicheng Zhou</u>
Huicheng Zhou Esq.
Alioth Law LLP
One Park Plaza, #600
Irvine, CA 92614

**CERTIFICATE OF SERVICE**

 I hereby certify that on March 13th, 2025, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to counsel for Plaintiff and all CM/ECF participants.

Date: March 13th, 2024

                Respectfully submitted
                By: /s/ Huicheng Zhou
                Huicheng Zhou Esq.
                Alioth Law LLP
                One Park Plaza, #600
                Irvine, CA 92614